

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00378-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellant

v.

San Juana Margarita **HERRERA**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVK001663D1
The Honorable Joe Lopez, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed: September 11, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM